AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
JAQUAN DEANDRE ROYAL

*Defendant*

Case: 1:26-mj-00199
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 11/3/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JAQUAN DEANDRE ROYAL, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 1951 - Hobbs Act Robbery

18 USC § 2113(a) - Bank Robbery

Date: 11/03/2026

M A Upad [signature]

*Issuing officer's signature*

City and state: Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/04/2026, and the person was arrested on *(date)* 11/20/2026 at *(city and state)* Washington DC.

Date: 11/20/2026

[signature]
*Arresting officer's signature*

Stephen Lowe DUSM
*Printed name and title*